FILED - GR
December 9, 2013 1:16 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_mkc /_____ SCANNED BY: /\/\/\/ 12/9/13

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

William Joseph Abdalla
Plaintiff

v.

Kent County, et al.
Defendant(s)

AUTHORIZATION FOR ~~~~~~~~ OF FUNDS
TO PAY THE CIVIL AC 1:13-cv-1316
AFFIDAVIT OF INDIGE
REQUEST TO PROCEE   Janet T. Neff - U.S. District Judge

Ellen S. Carmody - U.S. Magistrate Judge

I, William Joseph Abdalla, am the plaintiff in the above entitled case, and I believe I am entitled to redress. In support of my motion to proceed without being required to prepay fees or costs or give security, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor. I acknowledge that, even if I am granted leave to proceed *in forma pauperis*, **I am liable for payment of the $350.00 civil action filing fee**, and I authorize the correctional facility in which I am currently housed to (1) provide information about my trust fund account to the federal court; and (2) withdraw from my trust fund account and forward to the federal court (a) an initial partial filing fee for this action (20% of the greater of my average monthly deposits or average monthly balance for the past 6 months), which I will request be disbursed, and (b) subsequent monthly payments (20% of my previous month's deposits), as ordered by the federal court, until I have paid the full filing fee of $350.00 for this action. Further, I declare that the responses which I have made below are true.

1. Are you presently employed?   Yes ☐ No ☒

   a. If the answer is yes, state the amount of your salary per month and give the name and address of your employer.

   _____

   b. If the answer is no, state the date of last employment and the amount of the salary per month which you received.

   _____

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession, or form of self-employment?   Yes ☐ No ☒
   b. Rent payments, interest, or dividends?   Yes ☐ No ☒
   c. Pensions, annuities, or life insurance payments?   Yes ☐ No ☒
   d. Gifts or inheritances?   Yes ☐ No ☒
   e. Any other sources?   Yes ☐ No ☒

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

   _____

3. Do you own any cash or do you have money in a checking or savings account?   Yes ☐ No ☒
   (Include any funds in prison accounts)

   If your answer is yes, state the total value owned.

   _____

(Last Revised: June 2013)

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?                                                                                                              Yes ☐  No ☒

   If the answer is yes, describe the property and state its approximate value. _____

   _____

5. List the persons who are dependent upon you for support; state your relationship to those persons; and indicate how much you contribute toward their support:

   _____

   _____none_____

   _____

   _____

   I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.

   **I declare under penalty of perjury that the foregoing is true and correct.**

   12-6-2013                                                                                    Wm Abdallh
   _____                                                           _____
   Date                                                                                          Signature of Plaintiff

---

## CERTIFICATE

I certify that the plaintiff herein has had deposits of _____ and withdrawals of _____ from his prison account over the last six-month period. The present balance in the plaintiff's prison account is _____

I further certify that plaintiff has the following securities to his credit according to the records of this institution:

_____ .

_____

**Authorized Financial Officer**            **Name of Institution**            **Date**